UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| MARK GIZYNSKI, | ) | CASE NO. 11 B 15906 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **September 11, 2013, at 9:30 a.m.**, I shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, in Courtroom 642, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in his place and shall present a **MOTION OF UNITED STATES TRUSTEE TO APPROVE WAIVER OF DISCHARGE AND FOR RELATED RELIEF**, a copy of which is attached hereto and is herewith served upon you.

/s/ Kimberly Bacher
Kimberly Bacher, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois   60603
(312) 353-5014

## CERTIFICATE OF SERVICE

I, Kimberly Bacher, an attorney, state that pursuant to Local Rule 9013-1(D) the above **Notice of Motion** and **Motion Of United States Trustee To Approve Waiver Of Discharge And For Related Relief** were filed on September 5, 2013, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on September 5, 2013.

/s/ Kimberly Bacher

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice:**

| | |
|---|---|
| Francisco Connell: | fconnell@chuhak.com, hcummins@chuhak.com |
| Patrick G. Donnelly: | pdonnelly@dlhlawoffices.com |
| Richard M. Fogel: | rfogel@shawgussis.com, il72@ecfcbis.com, rfogel@shawfishman.com |
| Laura A. Hrisko: | Laura.Hrisko@slfs.com, lrisko@aol.com |
| Alexey Y. Kaplan: | alex@alexkaplanlegal.com |
| Frank J. Kokoszka: | fkokoszka@k-jlaw.com, fkokoszka@gmail.com;admin@k-jlaw.com |
| John M. Kuranty: | jkurantylaw@yahoo.com, jkurantybklaw@yahoo.com |
| Marc S. Lipinski: | mlipinski@dlhlawoffices.com |
| Harold E. McKee: | hmckee@rmp-llc.com |
| William S. Piper: | wpiper@rmp-llc.com, isheirok@rmp-llc.com |
| Jacquelyn T. Vengal: | jvengal@chuhak.com, mdominguez@chuhak.com |

**Parties Served via First Class Mail:**

Mark Gizynski
4944 W. Belmont Ave.
Chicago, IL 60641

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| MARK GIZYNSKI, | ) | CASE NO. 11 B 15906 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

**MOTION OF UNITED STATES TRUSTEE TO APPROVE
WAIVER OF DISCHARGE AND FOR RELATED RELIEF**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, Kimberly Bacher, and moves this Court, pursuant to 11 U.S.C. § 727(a)(10) to approve the waiver of discharge executed by Mark Gizynski (the "Debtor"), or, alternatively, to extend certain deadlines set forth in the Pretrial Order (defined below). In support thereof, the U.S. Trustee respectfully states as follows:

1. This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On April 14, 2011, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. On December 23, 2011, the U.S. Trustee filed a Complaint Objecting to Debtor's Discharge and for Other Relief (the "Complaint") commencing Adversary Proceeding Case No. 11-02672 (the "Adversary Proceeding") pending before this Court.

4. In the Adversary Proceeding, on July 24, 2013, this Court entered a Final Pretrial Order [Docket No. 30] that set various pretrial requirements as well as a trial commencing on September 26, 2013 at 9:30 a.m. (the "Pretrial Order").

5. The Debtor, after speaking with counsel in preparation for the upcoming trial, agreed to waive his discharge under 11 U.S.C. § 727(a)(10) and has executed such a waiver (the

1

"Waiver"). The Waiver was verbally offered by the Debtor to the U.S. Trustee on September 4, 2013, the day before certain filing deadlines set forth in the Pretrial Order. As the Waiver is subject to approval by this Court, the U.S. Trustee seeks to protect his rights in the event that Wavier is not approved. A true and correct copy of the Waiver is attached hereto as <u>Exhibit A</u>.

6. Upon approval and entry of the Waiver, the Complaint will be rendered moot and a trial in the Adversary Proceeding will not be necessary. Accordingly, the U.S. Trustee has not filed its Witness List, Exhibit List and Joint Stipulation of Facts, which were required to be filed September 5, 2013. Additionally, as a condition to the execution of the Waiver, the Debtor would not agree to the filing of the Joint Stipulation of Facts.

7. In the event that the Waiver is not approved and entered by this Court or if the Debtor withdraws the Waiver prior to its entry, the U.S. Trustee requests a brief extension to file its Witness List, Exhibit List and Joint Stipulation of Facts in accordance with the Pretrial Order. The U.S. Trustee does not seek an extension of any of the trial dates set by this Court.

WHEREFORE, the U.S. Trustee respectfully requests that this Court enter an order approving the Debtor's waiver of discharge under 11 U.S.C. § 727(a)(10), or alternatively, extending certain dates set forth in the Pretrial Order, and for any further relief that this Court deems just and equitable.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: <u>September 5, 2013</u>         By: <u>/s/ Kimberly Bacher</u>
                                            Kimberly Bacher
                                            OFFICE OF THE U.S. TRUSTEE
                                            219 S. Dearborn Street, Room 873
                                            Chicago, Illinois 60604
                                            (312) 353-5014

2