UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER11 PROCEEDING |
| | ) | |
| MARK GIZYNSKI, | ) | CASE NO. 11 B 15906 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |

### VOLUNTARY WAIVER OF DISCHARGE

Mark Gizynski, the Debtor herein, intending to waive any discharge he may be entitled to in the above-captioned bankruptcy case, under penalty of perjury pursuant to 28 U.S.C. § 1746, states:

1.      I, Mark Gizynski, pursuant to 11 U.S.C. §727(a)(10), hereby waive my discharge in the above-captioned bankruptcy case under 11 U.S.C. §727(a)(3).

2.      I represent: (a) that I have executed this Waiver voluntarily; (b) that this Waiver represents a conscious and informed judgment to waive my discharge in bankruptcy in the above-captioned bankruptcy case; (c) that I am aware of the consequences of  agreeing to this Waiver; and (d) that I specifically understand that all of my debts and obligations which existed as of the date that I filed this bankruptcy case, whether or not such debts and obligations were listed on my schedules, shall not be dischargeable in this or in any future bankruptcy case which I may file.

3.      My attorney, Frank J. Kokoszka, has explained this Waiver to me, and where necessary, translated its terms for me.

4.      By signing this waiver, I am not admitting that any of the allegations or conclusions alleged or asserted in the adversary complaint filed by the U S Trustee herein, adversary case #11-02672 are true.

**U.S. Trustee Exhibit A**

RECEIVED  04/08/2011  23:22

5.    This Waiver is being executed in accordance with 11 U.S.C. § 727(a)(10).

Respectfully submitted,

MARK GIZYNSKI

By:

Mark Gizynski

**APPROVED PURSUANT TO 11 U.S.C. § 727(a)(10) OF THE BANKRUPTCY CODE:**

By: _____

HON. A. BENJAMIN GOLDGAR,
United States Bankruptcy Judge

*The Clerk is directed to serve notice to all creditors that the debtor has waived his discharge.*

**U.S. Trustee Exhibit A**